**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **KISSIE GARTEI,** | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No.  22-11355 ELF |

# O R D E R

　　　　**AND NOW,** it is hereby **ORDERED** that:

1. Pursuant to 11 U.S.C. §329, a hearing is **SCHEDULED on August 10, 2022, at 1:00 p.m.** at to consider the validity and enforceability of the two (2) separate retention/compensation agreements between the Debtor and the Debtor's counsel (collectively, "the Bifurcated Agreements"), as described in Debtor's counsel's disclosure pursuant to Fed. R. Bankr. P. 2016(b).

2. The hearing will be conducted by video conference using Zoom technology.[1]

3. The Debtor **SHALL ATTEND** the hearing.

4. **On or before August 8, 2022**, Debtor's counsel shall send the Courtroom Deputy and the U.S. Trustee, in pdf format, marked exhibits, which shall be copies of

    a. the Bifurcated Agreements;

    b. all notices, disclosures or other similar documents provided to the Debtor prior to the parties entering into the Bifurcated Agreements;

    c. time records maintained by counsel during this case, (with a statement whether they were maintained contemporaneously with the services provided or were recreated).

5. Prior to the hearing, counsel shall familiarize himself with the Guidelines for United States Trustee Program (USTP) Enforcement Related to Bifurcated Chapter 7 Fee Agreements.  See https://www.justice.gov/ust/bifurcated-fee.

6. The U.S. Trustee is invited to attend and participate in the hearing.

**Date:  July 22, 2022**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY**

---

[1]　　All persons wishing to attend may obtain the Zoom link from the Courtroom Deputy, Pamela Blalock (tele: (215) 408-2821).